**Order entered September 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00215-CR

### BRIAN MARTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court At Law No. 1
Kaufman County, Texas
Trial Court Cause No. 31995CC**

## ORDER

The Court **GRANTS** appellant's September 18, 2014 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     LANA MYERS
        JUSTICE